FILED

12/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0415

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0415

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHELSEY L. FLESHER,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion to voluntarily dismiss appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2020